

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00033-CV

| | | |
|---|---|---|
| UNITED HEALTHCARE OF TEXAS, INC.; OPTUM HEALTH CARE SOLUTIONS, LLC D/B/A OPTUM HEALTHCARE SOLUTIONS, INC.; UNITED HEALTHCARE, INC. D/B/A UNITED HEALTHCARE INSURANCE COMPANY; UNITED HEALTHCARE | § | On Appeal from the 342nd District Court |
| COMMUNITY PLAN OF TEXAS, L.L.C.; EVERCARE OF TEXAS, L.L.C.; UNITED HEALTHCARE BENEFITS OF TEXAS, INC.; UNITED HEALTHCARE SERVICES, INC.; AND UNITEDHEALTH GROUP, INC., Appellants | § | of Tarrant County (342-303717-18) |
| | § | January 21, 2021 |
| V. | | |
| LOW-T PHYSICIANS SERVICE, P.L.L.C.; LOW-T PHYSICIANS PROFESSIONAL ASSOCIATION; AND LOW-T PHYSICIANS GROUP, P.L.L.C., Appellees | § | Memorandum Opinion by Justice Wallach |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part.

We affirm that portion of the trial court's order denying arbitration on Appellants United Healthcare of Texas, Inc.; Optum Health Care Solutions, LLC d/b/a Optum Healthcare Solutions, Inc.; United Healthcare, Inc. d/b/a United Healthcare Insurance Company; United Healthcare Community Plan of Texas, L.L.C.; Evercare of Texas, L.L.C.; United Healthcare Benefits of Texas, Inc.; United Healthcare Services, Inc.; and UnitedHealth Group, Inc.'s claims for alleged overpayment (Paragraphs 11, 17, and 18 of Appellants' Second Amended Answer and Amended Counterclaim); Appellees Low-T Physicians Service, P.L.L.C.; Low-T Physicians Professional Association; and Low-T Physicians Group, P.L.L.C.'s claim of settlement of the overpayment (Count One of Appellees' Original Petition); and related claims for costs and attorney's fees.

We reverse that portion of the trial court's order denying arbitration on all parties' other general claims for declaratory relief of the parties' rights and obligations under the provider agreements and applicable state law, and related attorney's fees and costs (Counts Two and Three of Appellees' Original Petition and paragraphs 17-19 of Appellants' Second Amended Answer and Counterclaim). We remand this case to the trial court (1) to refer these general claims for declaratory relief to arbitration pursuant

to the terms of each provider agreement and (2) to address whether to stay claims not subject to arbitration pending the arbitration.

It is further ordered that Appellants United Healthcare of Texas, Inc.; Optum Health Care Solutions, LLC d/b/a Optum Healthcare Solutions, Inc.; United Healthcare, Inc. d/b/a United Healthcare Insurance Company; United Healthcare Community Plan of Texas, L.L.C.; Evercare of Texas, L.L.C.; United Healthcare Benefits of Texas, Inc.; United Healthcare Services, Inc.; and UnitedHealth Group, Inc. shall pay one-half of all costs of this appeal and that Appellees Low-T Physicians Service, P.L.L.C.; Low-T Physicians Professional Association; and Low-T Physicians Group, P.L.L.C. shall pay one-half of all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach